**TEICH GROH**
AN ASSOCIATION OF
A PROFESSIONAL CORPORATION & LIMITED LIABILITY COMPANY
COUNSELLORS AT LAW

ARTHUR TEICH (1915-1997)
WILLIAM C. GROH, (1921-2007)
BARRY W. FROST*
MICHAEL A. ZINDLER
CAROL OSWALD
CAROL L. KNOWLTON†
ALLEN I. GORSKI†
DEAN S. NALBONE†
GARY R. BACKINOFF†
BRIAN W. HOFMEISTER

691 STATE HIGHWAY 33
MERCERVILLE
TRENTON, NEW JERSEY 08619-4492

(609) 890-1500

FAX NO. (609)890-6961

BRANCH OFFICE:

34 FRANKLIN CORNER ROAD
LAWRENCEVILLE, NJ 08648
(609) 844-0488
(609) 844-0784

JENNIFER ZOSCHAK
CINZIA CIOFFI
RICHARD J. ALPHONSE

**December 8, 2009**

Honorable Renee Marie Bumb
United States District Court
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
PO Box 886
Camden, NJ 08101

      RE:    Beal Bank, S.S.B. and Beal Bank Nevada, Appellants v. Ad Hoc Committee of Holders of 8.5% Senior Secured Notes Due 2015, et al., Appellees
            Case No. 1:09-cv-5137

## NOTICE OF WITHDRAWAL OF APPEAL

Dear Judge Bumb:

      We represent the Appellants, Beal Bank, S.S.B. and Beal Bank Nevada (collectively "Beal Bank") in the above referenced appeal from an Order of the United States Bankruptcy Court, dated August 31, 2009, which terminated the Debtor's exclusive period in which to file a proposed Plan of Reorganization and permitted the Appellee, Ad Hoc Committee of Holders of 8.5% Senior Secured Notes Due 2015 to file an alternative competing plan (hereinafter the "Termination Order"). In that regard, please accept this letter as formal notice that Appellant, Beal Bank is hereby withdrawing its appeal of the Termination Order.

TEICH GROH

Honorable Renee Marie Bumb
Page 2
December 8, 2009

      Kindly advise as to whether Your Honor will require the filing of a stipulation or any other pleading in furtherance of Beal Bank's withdrawal of the above-referenced appeal.

                Respectfully submitted,

                TEICH GROH


By:    */s/Brian W. Hofmeister*
        Brian W. Hofmeister
        691 State Highway 33
        Trenton, New Jersey 08619
        (609) 890-1500
        (609) 690-6961 - facsimile
        bhofmeister@teichgroh.com
        Local Counsel for Beal Bank, S.S.B. and Beal Bank Nevada


        WHITE & CASE, LLP
        Thomas E. Lauria, Esq.
        Glenn M. Kurtz, Esq.
        Gerald H. Uzzi, Esq.
        Andrew C. Ambruoso, Esq.
        1155 Avenue of the Americas
        New York, New York 10036-2787
        (212) 819-8200
        (212) 354-8113 - facsimile
        tlauria@whitecase.com
        gkurtz@whitecase.com
        guzzi@whitecase.com
        andrew.ambruoso@whitecase.com
        Counsel for Beal Bank, S.S.B. and Beal Bank Nevada

BWH/aw
cc:    Kristopher M. Hansen, Esq.
       Kenneth Pasquale, Esq.
       Erez E. Gilad, Esq.
       Kenneth A. Rosen, Esq.
       Jeffrey D. Prol, Esq.
       Jeffrey A. Kramer, Esq.

TEICH GROH

Honorable Renee Marie Bumb
Page 3
December 8, 2009

    John V. Fiorella, Esq.
    Gerald W. Berger, Esq.
    Edward H. Tillinghast, III, Esq.
    Malani J. Cademartori, Esq.
    Sean J. Kirby, Esq.
    James S. Karr, Esq.
    Eric R. Wilson, Esq.
    Mark W. Page, Esq.
    Vincent F. Papalia, Esq.
    Mark A. Roney, Esq.
    Michael W. Moskowitz, Esq.
    Ari J. Glazer, Esq.
    Bruce R. Zirinsky, Esq.
    Nathan A. Haynes, Esq.
    Charles A. Stanziale, Jr., Esq.
    Joseph Lubertazzi, Jr., Esq.
    Lisa S. Bonsall, Esq.
    Jeffrey T. Testa, Esq.
    Michael F. Walsh, Esq.
    J. Philip Rosen, Esq.
    Ted S. Waksman, Esq.
    Paul A. Mainardi, Esq.
    Donald K. Ludman, Esq.
    David M. Friedman, Esq.
    Adam L. Shiff, Esq.
    Daniel A. Fliman, Esq.
    Jeffrey M. Sponder, Esq.